| | |
|---|---|
| C. Larry O'Rourke (State Bar No. 219255)<br>larry.orourke@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:    (650) 849-6600<br>Facsimile:     (650) 849-6666<br><br>John R. Allison (Of Counsel)<br>Thomas L. Jarvis (Of Counsel)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W<br>Washington, D.C.  20001-4413<br>Telephone:  (202) 408-4000<br>Facsimile:  (202) 408-4400<br><br>Attorneys for Defendants<br>S3 GRAPHICS CO., LTD. and S3 GRAPHICS, INC. | *E-FILED 02-17-2011* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br>a Califoria corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>S3 GRAPHICS CO., LTD.,<br>a Cayman Islands corporation;<br>and S3 GRAPHICS, INC.,<br>a Delaware corporation,<br><br>                    Defendants. | Case No. 5:11-cv-00210-HRL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND MODIFYING CASE MANAGEMENT CONFERENCE SCHEDULE AND [Proposed] ORDER**<br><br>**[Re:  Docket No. 9]** |

1   The parties through their respective counsel agree as follows:

2   1.   Defendants S3 Graphics Co., Ltd., and S3 Graphics, Inc. shall have up to and
3   including April 22, 2011, in which to respond to the Complaint; and
4   2.   The Case Management Conference, currently on calendar for April 12, 2011, shall
5   be moved to June 14, 2011, or any other Tuesday after June 14, 2011, that is convenient with this
6   Court.
7   IT IS SO STIPULATED.
8   I, C. Larry O'Rourke, certify that I have obtained authorization from Vickie L. Feeman of
9   Orrick, Herrington & Sutcliffe LLP, attorneys for Plaintiff, to affix her signature to this stipulation.

Dated:  February 11, 2011

| ORRICK, HERRINGTON & SUTCLIFFE LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|---|---|
| By:/s/ *Vickie L. Freeman* <br> Vickie L. Feeman | By:/s/ *C. Larry O'Rourke* <br> C. Larry O'Rourke |
| Attorneys for Plaintiff <br> APPLE INC. | Attorneys for Defendants <br> S3 GRAPHICS CO., LTD., <br> and S3 GRAPHICS, INC. |

### [PROPOSED] ORDER

Upon good cause shown and pursuant to stipulation, the Case Management Conference shall occur on _____**June 14, 2011**_____ at __**1:30 p.m.**~~a.m.~~, in ~~Department~~ **Coutroom** __**2**__.

IT IS SO ORDERED.

_____
Howard R. Lloyd
United States Magistrate Judge