1  C. Larry O'Rourke (State Bar No. 219255)
   larry.orourke@finnegan.com
2  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California  94304-1203
   Telephone:  (650) 849-6600
6  Facsimile:   (650) 849-6666

7  John R. Allison (Of Counsel)
   Thomas L. Jarvis (Of Counsel)
8  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
9  901 New York Avenue, N.W.
   Washington, D.C.  20001-4413
10 Telephone:  (202) 408-4000
   Facsimile:   (202) 408-4400
11
   Attorneys for Defendants
12 S3 GRAPHICS CO., LTD., and S3 GRAPHICS, INC.

13

14                       UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                              OAKLAND DIVISION

17

| | |
|---|---|
| 18  APPLE INC.,<br>     a California corporation,<br>19<br>20                        Plaintiff,<br>21          v.<br>22  S3 GRAPHICS CO., LTD.,<br>     a Cayman Islands corporation;<br>23  and S3 GRAPHICS, INC.,<br>     a Delaware corporation,<br>24<br>25                       Defendants. | Case No. 4:11-cv-00210-CW<br><br>**STIPULATION RESETTING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Place:   Courtroom 2, Fourth Floor<br>Judge:   Honorable Claudia Wilken |

26

27

28

1  The parties, through their respective counsel, stipulate to the following changes to the Case Management Scheduling Order for Reassigned Civil Case, filed on March 23, 2011, at Docket No. 17:

1. Before Magistrate Judge Lloyd recused himself from this case, pursuant to a stipulation, Judge Lloyd had set the CMC for mid June 2011.  After Judge Lloyd's recusal, this Court recently set the CMC for April 12, 2011.  The parties hereby stipulate and request that the Court reschedule the CMC to June 14, 2011, or any day after June 14, 2011 that is convenient to the Court.

2. Plaintiff Apple Inc. ("Plaintiff") intends to renotice its Motion to Stay (Docket No. 10).  The parties hereby stipulate that if a response to the Complaint is necessary after the Court rules on Plaintiff's Motion to Stay, said response shall be filed 14 days after the Court rules on Plaintiff's Motion to Stay.

IT IS SO STIPULATED.

I, Scott R. Mosko, certify that I have obtained authorization from Lillian J. Pan of Orrick, Herrington & Sutcliffe LLP, attorneys for Plaintiff, to affix her signature to this stipulation.

Dated:  March 28, 2011

| ORRICK, HERRINGTON & SUTCLIFFE LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|---|---|
| By: /s/ Lillian J. Pan<br>Lillian J. Pan | By: /s/ Scott R. Mosko<br>Scott R. Mosko |
| Attorneys for Plaintiff APPLE INC. | Attorneys for Defendants S3 GRAPHICS CO., LTD., and S3 GRAPHICS, INC.` |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -   STIPULATION RESETTING CMC; [PROPOSED] ORDER
Case No. 5:11-cv-00210-CW

1 **ORDER**

2 Upon good cause shown and pursuant to stipulation:

3 The Case Management Conference shall be rescheduled to **Tuesday, June 21, 2011** at **2:00 p.m.** in Courtroom 2, Fourth Floor, 1301 Clay Street, Oakland, California 94612.

5 IT IS SO ORDERED.

_____
Claudia Wilken
United States District Judge