1  CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
   cottenweller@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
4  JESSE CHENG (STATE BAR NO. 259909)
   jcheng@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California 94025
   Telephone:    (650) 614-7400
7  Facsimile:    (650) 614-7401

8  Attorneys for Plaintiff
   APPLE INC.

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION


| APPLE INC., a California corporation, | Case No. CV-11-00210 EJD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE STAY PENDING REEXAMINATION |
| v. | |
| S3 GRAPHICS CO., LTD., a Cayman Islands corporation, and S3 GRAPHICS, INC., a Delaware corporation, | |
| Defendants. | |

1   WHEREAS, this is an action brought by plaintiff Apple Inc. ("Apple") against defendants S3 Graphics Co., Ltd. and S3 Graphics, Inc. (collectively, "S3G") seeking a declaratory judgment of non-infringement and invalidity of United States Patent Nos. 6,658,146 (the "'146 Patent"); 6,683,978 (the "'978 Patent"); 6,775,417 (the "'417 Patent"); and 7,043,087 (the "'087 Patent") (collectively, the "Asserted Patents");

WHEREAS, S3G has denied that the Asserted Patents are invalid and not infringed and asserted claims 2, 4, 8, 13, 16, 18, and 19 of the '146 Patent, claims 11, 14, and 16 of the '978 Patent, claims 1, 7, 8, 12, 13, 15, and 23 of the '417 Patent and claims 1, 6, and 7 of the '087 Patent (collectively, the "Asserted Claims");

WHEREAS, the United States Patent and Trademark Office (the "Patent Office") is currently reexamining all of the Asserted Claims, has determined that new and non-cumulative prior art raises substantial new questions as to the patentability of the Asserted Claims, and has issued Office Actions rejecting the Asserted Claims as unpatentable in light of this new prior art;

WHEREAS, in light of the pending reexamination of the Asserted Claims, S3G has moved this Court to stay the pending action; and,

WHEREAS, the parties agree the reexaminations are well advanced and that the interests of justice are served by granting a stay because it would be most efficient to wait until the Patent Office proceedings are completed and the Patent Office issues reexamination certificates for the patents at issue, detailing what changes (if any) eventually result from its reexaminations;

THEREFORE, the parties hereby stipulate and request that the Court order as follows:

1.  That this action be stayed until     after a post-reexamination case management conference, to be held no earlier than three months after the Patent Office completes any of the pending reexaminations by issuing a Reexamination Certificate.

2.  That the parties submit a joint status report within 30 days after the Patent Office completes any of the pending reexaminations by issuing a reexamination certificate, such report informing the Court of the status of all pending reexaminations and the parties' positions on whether the stay should be lifted.

3.  That all present deadlines and court dates be continued until the stay is lifted.

1  This stipulation is without prejudice to either party seeking to lift or extend the stay if
2  circumstances warrant.
3      I, Bas de Blank, certify that I have obtained authorization from John Alison to affix his
4  signature to this stipulation on behalf of S3G.

6  Dated: August 25, 2011

7  ORRICK, HERRINGTON & SUTCLIFFE LLP     FINNEGAN, HENDERSON, FARABOW,
8                                                                      GARRETT & DUNNER, L.L.P.

9  By: /s/ Bas de Blank                          By: /s/ John Alison
          Bas de Blank                                           John Alison

11       Attorneys for Plaintiff                       Attorneys for Defendants
           APPLE INC.                                S3 GRAPHICS CO., LTD.,
12                                                         and S3 GRAPHICS, INC.

15  [~~PROPOSED~~] ORDER

16      Good cause showing, this action shall be stayed pursuant to 35 U.S.C. § 305 and the
17  foregoing stipulation of the parties. The Order terminates Defendant's Motion to Stay (Docket Item
18  44) as MOOT.
19  IT IS SO ORDERED
20  Dated: September 1, 2011                  _____
21                                               Edward J. Davila
                                             United States District Judge

- 2 -                                   STIPULATION AND [PROPOSED] ORDER TO STAY
                                                     PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659
                                                                     CV-11-00210 HRL