1  CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
   cottenweller@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
4  JESSE CHENG (STATE BAR NO. 259909)
   jcheng@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California 94025
   Telephone: +1-650-614-7400
7  Facsimile: +1-650-614-7401

8  Attorneys for Plaintiff
   APPLE INC.
9

10
                UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN JOSE DIVISION
13

14

| APPLE INC., a California corporation, | CASE NO. CV-11-00210 EJD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| v. | |
| S3 GRAPHICS CO., LTD., a Cayman Islands corporation, and S3 GRAPHICS, INC., a Delaware corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendants and Counterclaim Plaintiffs S3 Graphics Co., Ltd. and S3 Graphics, Inc. (collectively, "S3G"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each and every claim and counterclaim between Apple and S3G in the above captioned matter are hereby dismissed WITHOUT PREJUDICE, and that each party

1 | shall bear its own costs, expenses and attorneys' fees.

2 | IT IS SO STIPULATED.

| Dated: November 15, 2012 | Dated: November 13, 2012 |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| By /s/ Bas de Blank<br>Bas de Blank | By /s/ Scott R. Mosko<br>Scott R. Mosko |
| Attorneys for Plaintiff APPLE INC. | Attorneys for Defendants S3 GRAPHICS CO., LTD., and S3 GRAPHICS, INC. |

## ORDER

IT IS HEREBY ORDERED THAT this action is hereby dismissed without prejudice in its entirety.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   11/20/2012

/s/ Edward J. Davila
Hon. Edward J. Davila
United States District Court Judge